

| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **THOMAS LINDEMAN**<br>Tel.: (212) 356-0418<br>tlindema@law.nyc.gov |
|---|---|---|

December 11, 2024

**VIA ECF**
Hon. Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re: *The Law Office of Philippe J. Gerschel v. N.Y.C. Dep't of Educ,* 24-cv-7595(KPF)

Dear Judge Failla:

I am Senior Counsel in the office of Corporation Counsel Muriel Goode-Trufant, attorney for Defendants in the above-referenced action.

I write to request that the Court adjourn the pre-motion conference currently scheduled for December 17, 2024 at 11:00 AM to a later date convenient for the court. I apologize for the necessity of this request. I have competing obligations on that date and am unable to attend the conference as presently scheduled.

I have conferred with Plaintiff's Counsel, who has stated that he is available on December 18th, 19th, 20th or the afternoon of December 23rd. Defendant is also available on those dates.

Thus, Defendant respectfully requests that the presently scheduled conference be adjourned to one of the above listed dates, or a later date more convenient for the Court.

Thank you for considering this request.

Respectfully submitted,

/s/
Thomas Lindeman
Senior Counsel

cc: Benjamin Kopp, Esq. (via ECF)

Application GRANTED.  The pre-motion conference scheduled for December 17, 2024, is hereby ADJOURNED to **December 18, 2024,** at **11:00 a.m.**  The conference will remain telephonic.  The dial-in information is as follows:  At the designated time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 10.

Dated:    December 12, 2024
          New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE