October 6, 2025

BY ECF

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



      Re:    **The Law Office of Philippe J. Gerschel v.
New York City Department of Education**
1:24-cv-07595-KPF (S.D.N.Y.)

Dear Judge Failla:

      Pursuant to the Court's order dated January 24, 2025 (Dkt. No. 16), the parties respectfully submit this letter to update the Court of a decision on the motion to dismiss in *The Law Office of Philippe J. Gerschel v. N.Y.C. Dep't of Educ.*, Case No. 24-cv-6303-MMG-SDA.

      On September 30, 2025, the Hon. Margeret M. Garnett issued an Opinion and Order adopting the R&R and dismissing the case for lack of subject matter jurisdiction. A copy of the Opinion and Order is enclosed as Exhibit 1.

      Plaintiff currently intends to appeal the Opinion and Order. But in the meantime, the parties agree that the stay currently in place in this case may be lifted. Plaintiff intends to file an amended complaint in this case that would address at least some of the issues raised by Judge Garnett in her Opinion and Order. Defendant consents to Plaintiff's filing of an amended complaint pursuant to Fed. R. Civ. P. 15(a)(2). Subject to the Court's approval, the parties propose that Plaintiff do so within 45 days (i.e., by November 20, 2025).

      The parties thank the Court for its attention to this matter.

Respectfully submitted,

| | |
|---|---|
| *s/Thomas Lindeman* | *s/Leif T. Simonson* |
| Thomas Lindeman | Leif T. Simonson |
| Muriel Goode-Trufant | Simonson Law PLLC |
| 100 Church Street New York | 400 South Fourth Street, Suite 401 |
| New York 10007 | Minneapolis, Minnesota 55415 |
| (212) 356-0418 | +1 612 448 3330 |
| tlindema@law.nyc.gov | Leif.Simonson@simonsonlaw.com |

On January 24, 2025, the Court issued an Order staying this case pending the resolution of a motion to dismiss in a case before another court in this district that featured identical legal issues.  *See The Law Off. of Philippe J. Gerschel* v. *N.Y.C. Dep't of Educ.*, No. 24 Civ. 6303 (MMG) (SDA).  On September 30, 2025, the motion to dismiss in that case was resolved.  (*See* No. 24 Civ. 6303 (MMG) (SDA), Dkt. #39).

The Court now understands that Plaintiff intends to appeal the Opinion and Order in No. 24 Civ. 6303 (MMG) (SDA).  But the above letter indicates that the parties consent to lift the stay in the case before this Court so that Plaintiff can file an amended complaint.

The parties' application is GRANTED.  Plaintiff shall file an amended complaint on or before **November 20, 2025**.  In light of Plaintiff's anticipated filing of an amended complaint, Defendant's motion to dismiss Plaintiff's complaint, which was filed on January 10, 2025, is DENIED without prejudice.

The Clerk of Court is directed to restore the case to the Court's active docket and to terminate the pending motion at docket entry 14.

Dated:     October 7, 2025          SO ORDERED.
           New York, New York

                                    *[signature: Katherine Polk Failla]*

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE