UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE LAW OFFICE OF PHILIPPE J.
GERSCHEL,

       Plaintiff,

   -v.-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

       Defendant.

24 Civ. 7595 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On October 7, 2025, the Court lifted the stay in this case and directed Plaintiff to file its Amended Complaint on or before November 20, 2025. (Dkt. #25). Plaintiff filed the Amended Complaint on that date. (Dkt. #26). Defendant has not responded yet. As such, the Court hereby ORDERS Defendant to answer or otherwise respond to the Amended Complaint on or before **January 2, 2026**.

SO ORDERED.

Dated:  December 11, 2025
    New York, New York

            _Katherine Polk Failla_

           KATHERINE POLK FAILLA
           United States District Judge