

400 South Fourth Street, Suite 401
Minneapolis, Minnesota 55415

95 Allens Creek Road, Building 1, Suite 271
Rochester, New York 14618

www.simonsonlaw.com

May 15, 2026

**BY ECF**

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



Re:     **The Law Office of Philippe J. Gerschel v.**
        **New York City Department of Education**
        1:24-cv-07595-KPF (S.D.N.Y.)

Dear Judge Failla:

On behalf of Plaintiff the Law Office of Philippe J. Gerschel, I write to respectfully request that the Court temporarily stay this action pending the Second Circuit's anticipated decision in Appeal No. 25-2780, which may resolve or inform the threshold issue of subject matter jurisdiction that is currently at issue in this case.

As background, and as the Court may recall, on January 24, 2025, the Court issued an order staying this case pending the resolution of a motion to dismiss on the basis of subject matter jurisdiction in *The Law Office of Philippe J. Gerschel v. N.Y.C. Dep't of Educ.*, Case No. 24-cv-6303-MMG-SDA before the Hon. Margaret M. Garnett.  (ECF No. 16.)  By letter dated October 6, 2025, the parties: (i) notified the Court of Judge Garnett's Opinion and Order granting the motion to dismiss; (ii) notified the Court of Plaintiff's intent to appeal Judge Garnett's Opinion and Order; and (iii) informed the Court of the parties' agreement that the stay in this case may be lifted so that Plaintiff may file an amended complaint intended to address at least some of the issues raised by Judge Garnett in her Opinion and Order.  (ECF No. 24.)  On October 7, 2025, the Court granted the parties' application and lifted the stay in this case.  (ECF. No. 25.)  Plaintiff has since filed its Amended Complaint.  (ECF No. 26.)  Defendant's motion to dismiss is now fully briefed.  (ECF Nos. 31–35.)

In the meantime, Plaintiff has since appealed Judge Garnett's Opinion and Order to the Second Circuit.  (Appeal No. 25-2780.)  The DOE filed its brief (as appellee) on May 13, 2026, and Plaintiff's reply (as appellant) is due June 3, 2026.

At this point, given the substantial overlap of the issues involved between Defendant's motion to dismiss the Amended Complaint and Appeal No. 25-2780, Plaintiff respectfully submits that a stay of this matter pending the Second Circuit's anticipated decision would be warranted, in the interests of judicial economy.  After the Second Circuit decides Appeal No. 25-2780, the parties can then evaluate what impact the decision may have on Defendant's motion to dismiss.

Plaintiff greatly appreciates that the Court may already have devoted substantial time and resources to considering the motion to dismiss and apologizes for not having made this request earlier.  Plaintiff nevertheless believes there is still value in preserving future resources by temporarily staying the case at this juncture, or at least holding off on rendering a decision on the motion, until after the Second Circuit renders its decision in Appeal No. 25-2780.

I have conferred with counsel for Defendant New York City Department of Education and am informed that it takes no position on this request.

I thank the Court for its attention to this matter.

Respectfully submitted,

*s/Leif T. Simonson*

Leif T. Simonson
leif.simonson@simonsonlaw.com
+1 612 448 3330

cc.    All counsel of record (by email)

Application GRANTED.  This matter is hereby STAYED.  The parties shall file a joint letter within two weeks of the Second Circuit's decision in Appeal No. 25-2780.

The Clerk of Court is directed to terminate the pending motions at docket entries 31 and 36.

Dated:    May 18, 2026          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

2